# United States District Court
## Southern District of Georgia

John Hartwell Cocke, as Executor of the Estate of William Byron Cocke, Deceased, et al., 
Plaintiff

v.

Contintal Motors, Inc., et al.,
Defendant

Case No.  4:19-cv-00169-WTM-CLR

Appearing on behalf of Continental Motors, Inc., d/b/a Continental
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  21st  day of  October , 2019.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

| | |
|---|---|
| NAME OF PETITIONER: | Laurie Alberts Salita, Esq. |
| Business Address: | Skinner Law Group (Firm/Business Name) |
| | 101 Lindenwood Drive (Street Address) |
| | Suite 225 / Malvern / PA / 19355 (Street Address (con't) / City / State / Zip) |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (484) 875-3159 / N/A (Telephone Number (w/ area code) / Georgia Bar Number) |
| Email Address: | salita@skinnerlawgroup.com |