# United States District Court
## Southern District of Georgia

John Hartwell Cocke, as Executor of the Estate of William Byron Cocke, Deceased, et al.,

Plaintiff

v.

Contintal Motors, Inc., et al.,

Defendant

Case No. 4:19-cv-00169-WTM-CLR

Appearing on behalf of Continental Motors, Inc., d/b/a Continent

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of October, 2019.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Will S. Skinner, Esq.

Business Address: Skinner Law Group
Firm/Business Name

21600 Oxnard Street
Street Address

Suite 1760 | Woodland Hills | CA | 91367
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(818) 710-7700 | N/A
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: skinner@skinnerlawgroup.com