# United States District Court
## Southern District of Georgia

JOHN HARTWELL COCKE, as Executor of the Estate of WILLIAM BYRON COCKE, Deceased, et al.

Plaintiff

v.

CONTINENTAL MOTORS, INC., now doing business as CONTINENTAL AEROSPACE TECHNOLOGIES; UNITED STATES OF AMERICA; AVIATION DEVELOPMENT GROUP, LLC; THOMAS HUFF; and KRISTEN HUNTER, as Personal Representative of the Estate of RANDALL HUNTER, deceased;

Defendant

Case No. 4:19-cv-00169-WTM-CLR

Appearing on behalf of Defendant Kristen Hunter, as Personal Representative of the Estate of RANDALL HUNTER, deceased

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of November, 2019.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | David F. Knapp |
| Business Address: | Clyde & Co US LLP |
| | Firm/Business Name |
| | 405 Lexington Avenue |
| | Street Address |
| | 16th Floor / New York / NY / 10174 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 2127103900 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | David.Knapp@clydeco.us |