IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN HARTWELL COCKE, as Executor of the Estate of WILLIAM BYRON COCKE, Deceased, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> CONTINENTAL MOTORS, INC., *et al*, <br><br> Defendants. | Civil Action File No.: <br><br> 4:19-cv-00169WTM-CLR |

## ORDER GRANTING PLAINTIFFS RULE 17.1 PETITION SEEKING APPROVAL OF *PRO TANTO* SETTLEMENT WITH CONTINENTAL MOTORS, INC., now doing business as, CONTINENTAL AEROSPACE TECHNOLOGIES

The above-captioned matter having come before the Court on Plaintiffs' Rule 17.1 Petition for Approval of *Pro Tanto* Settlement with Continental Motors, Inc., now doing business as Continental Aerospace Technologies, (hereinafter CMI) for reasons set forth in the Petition in accordance with Rule 17.1, and good cause having been shown, it is hereby ORDERED and ADJUDGED, that the Petition for Approval of *Pro Tanto* Settlement is **GRANTED.** Plaintiffs' are directed to file a Motion to Dismiss CMI and CMI only, with prejudice, and Proposed Order to such motion, within 7 days of this Order.

The Petition shall remain SEALED in accordance with this Court's Ruling on Plaintiffs Motion to File Under Seal the Petition for Settlement.

This 20th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA