IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN HARTWELL COCKE, as Executor of the Estate of William Byron Cocke, Deceased, and as Executor of the Estate of Catherine Crichton Cocke, Deceased; WILLIAM MARSTON BECKER, as Conservator of W.R.C., a minor, as Conservator of E.C.C., a minor, as Conservator of J.S.C., a minor, as Conservator of C.E.C., a minor, as Conservator of P.S.G.C., a minor; and JOHN HARTWELL COCKE and VIRGINIA FRANCES COCKE, as Guardians of W.R.C., a minor, as Guardians of E.C.C., a minor, as Guardians of J.S.C., a minor, as Guardians of C.E.C., a minor, and Guardians of P.S.G.C., a minor;<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL MOTORS, INC., d/b/a Continental Aerospace Technologies; UNITED STATES OF AMERICA; AVIATION DEVELOPMENT GROUP, LLC; THOMAS HUFF; KRISTEN HUNTER, as Personal Representative of the Estate of Randall Hunter, deceased; and the ESTATE of RANDALL HUNTER;<br><br>    Defendants. | CASE NO. CV419-169 |

## O R D E R

Before the Court is Plaintiffs' Motion Seeking to Dismiss Defendant Continental Motors, Inc. Under Federal Rule of Civil

2

Procedure 21. (Doc. 101.) Pursuant to Federal Rule of Civil Procedure 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." See Davidson v. Ga. Correctional Health, LLC, No. CV616-039, 2016 WL 3365453, at *1 (S.D. Ga. June 15, 2016). Accordingly, Plaintiffs' motion (Doc. 101) is **GRANTED** and Defendant Continental Motors, Inc. is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 16th day of September 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA