# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN HARTWELL COCKE, as Executor of the Estate of WILLIAM BYRON COCKE, *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV419-169 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KRISTEN GARDNER HUNTER, as Executor of the Estate of RANDALL DON HUNTER, *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-174 |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## ORDER

These cases[1] are currently scheduled for a periodic discovery video

---

[1] The cases have been consolidated for purposes of discovery only. *See* CV419-169, doc. 143; CV419-174, doc. 81. The Court cites to the docket in CV419-169 unless otherwise noted.

teleconference at 2:00 p.m. on April 7, 2023.  *See* doc. 304 at 5 (Scheduling Order); *see also* docket entry dated October 7, 2022 (notice of hearing). Due to a scheduling conflict, the discovery video teleconference must be rescheduled.  The parties are, therefore, **DIRECTED** to appear for a periodic discovery video teleconference at 2:00 p.m. on April 11, 2023. The previously scheduled April 7, 2023 conference is **CANCELED**.

      **SO ORDERED**, this 11th day of January, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA