UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN HARTWELL COCKE, as )
Executor of the Estate of )
WILLIAM BYRON COCKE, *et al.*, )
 )
      Plaintiffs, )
 )
v. )     CV419-169
 )
UNITED STATES )
OF AMERICA, *et al.*, )
 )
      Defendants. )

## ORDER

As the Court previously noted, it has divided the pending Motions in this case into groups for more efficient dispositions. Doc. 526 at 2. Currently pending before the District Judge are Defendant the United States of America's Motion for Summary Judgment, doc. 417, and Defendants Thomas Huff and Aviation Development Group, LLC's Motion for Summary Judgment, doc. 438. Because the resolution of those two dispositive motions may alter the scope of this litigation, the Court will defer its consideration of the following pending *Daubert* motions until the District Judge resolves these pending dispositive motions: The Plaintiffs' *Daubert* Motion and Memorandum of Law to Preclude

1

Testimony of Defendants Aviation Development Group, LLC's and Thomas Huff's Expert John M. Allen, doc. 413; the Plaintiffs' *Daubert* Motion and Memorandum of Law to Preclude Certain Testimony of Defendants Aviation Development Group, LLC's and Thomas Huff's Pilot Expert W. Jeffrey Edwards, Ph.D., doc. 414; the Plaintiffs' *Daubert* Motion and Memorandum of Law to Preclude Certain Testimony of Defendant United States of America's Expert Patrick F. Kennedy, Ph.D., doc. 415; the Plaintiffs' *Daubert* Motion and Memorandum of Law to Preclude Testimony of Defendants Aviation Development Group, LLC's, and Thomas Huff's Expert Karl Weisheit, doc. 418; Defendants Aviation Development Group, LLC and Thomas Huff's Corrected Motion to Exclude in part Expert Testimony of Allen Fielder and Brief in Support, doc. 440; Defendants Aviation Development Group, LLC and Thomas Huff's Corrected Motion to Exclude in part Expert Testimony of Ryan Murphy and Brief in Support, doc. 444; Defendants Aviation Development Group, LLC and Thomas Huff's Corrected Motion to Exclude in part Expert Testimony of Dr. Kenneth L. Orloff and Brief in Support, doc. 445; and Defendants Aviation Development Group, LLC and Thomas Huff's Corrected Motion to Exclude in part Expert

2

Testimony of David Barker and John Scarbrough and Brief in Support, doc. 447. Therefore, for docket management purposes, the Clerk is **DIRECTED** to administratively terminate the following motions: docs. 413, 414, 415, 418, 440, 444, 445, and 447. *See, e.g., In re Heritage Southwest Medical Group PA,* 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device."). Within 14 days of the District Judge's resolution of the latter of the United States of America's Motion for Summary Judgment, doc. 417, and Defendants' Aviation Development Group, LLC and Thomas Huff's Corrected Motion for Summary Judgment, doc. 438, the parties are all **DIRECTED** to confer and submit a Joint Status Report identifying which of the *Daubert* Motions identified above contain issues that require Court resolution after disposition of the issues raised in the two dispositive motions. Upon receipt of the Joint Status Report, the Clerk is **DIRECTED** to update the

docket to reflect the pendency of any Motion identified by the parties in the Report.

    **SO ORDERED**, this 31st day of March, 2026.

                                      _____
                                      CHRISTOPHER L. RAY
                                      UNITED STATES MAGISTRATE JUDGE
                                      SOUTHERN DISTRICT OF GEORGIA